1  **CAREY D. GORDEN**
   California State Bar No. 236251
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   225 Broadway, Suite 900
3  San Diego, CA 92101-5008
   (619) 234-8467/Fax: (619) 687-2666
4  E-Mail: carey_gorden@fd.org

5  Attorneys for Luis Villegas-Hijar

6

7

8                    UNITED STATES DISTRICT COURT

9                   SOUTHERN DISTRICT OF CALIFORNIA

10                       **(HONORABLE LEO S. PAPAS)**

11 | UNITED STATES OF AMERICA,           ) Case No. 08MJ0878
                                         )
12 |         Plaintiff,                  )
                                         )
13 | v.                                  ) **CERTIFICATE OF SERVICE**
                                         )
14 | LUIS VILLEGAS-HIJAR,                )
                                         )
15 |         Defendant.                  )
   |_____)

16

17      Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her

18 information and belief, and that a copy of the foregoing document has been served this day upon:

19                          U.S. Attorney CR
                         Efile.dkt.gc2@usdoj.gov
20

21                                  Respectfully submitted,

22

23 DATED:      March 25, 2008           /s/ Carey D. Gorden
                                        **CAREY D. GORDEN**
24                                      Federal Defenders of San Diego, Inc.
                                        Attorneys for Luis Villegas-Hijar
25

26

27

28