AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

**FILED**
APR 17 2008

| | |
|---|---|
| UNITED STATES OF AMERICA | **WAIVER OF INDICTMENT** |
| v. | |
| LUIS VILLEGAS-HIJAR | CASE NUMBER: 08CR1213-JLS |

I, <u>LUIS VILLEGAS-HIJAR</u>, the above named defendant, who is accused of the committing the following offense:

Title 8, U.S.C., Sec. 1326(a) - Deported Alien Found in the United States (Felony)

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __4/17/08__ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

X _Luis_ 
Defendant

_Casey Gol___
Counsel for Defendant

Before _____
JUDICIAL OFFICER